IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BILL AND LORI SADLER, husband and wife,
and MARCEL AND PAMELA THIRY,
husband and wife,                                    08cv0951
                                                     **ELECTRONICALLY FILED**

     Plaintiffs,

    v.

STATE FARM FIRE AND CASUALTY CO.,

     Defendant.

## ORDER OF COURT

AND NOW, this 19th day of August, 2008, plaintiff having not filed a response to

defendant's Motion to Dismiss Pursuant to Rule 12(b)(6) (doc. no. 5) on or before August 1,

2008 as directed by Text-only Order of Court dated July 22, 2008, said motion to dismiss  is

GRANTED.

IT IS FURTHER ORDERED that Counts IV and X (Unfair Trade Practices and

Consumer Protection Law), Counts V and XI (Intentional Misrepresentation), and Counts VI and

XII (Negligent Misrepresentation) are dismissed with prejudice.  Plaintiffs' claims for

reimbursement of attorneys' fees, other than those fees authorized by 42 Pa.C.S. §  8371 at

Counts III and IX, and their claims for punitive damages, are dismissed with prejudice.


                    s/ Arthur J. Schwab
                    Arthur J. Schwab
                    United States District Judge


cc:     All Registered ECF Counsel and Parties